# AmerisourceBergen
## MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

# STATEMENT

| CUSTOMER NUMBER | STATEMENT DATE |
|---|---|
| 303600 | 10/25/21 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| 571,962.15 | |

For MWI billing questions please call (800) 896-8873 x 2008

BILL TO:

DUFFY VET SERVICES NO DRP SHIP
MATTHEW D DUFFY DVM
PO BOX 97
NO DROP SHIPS
GOODWELL OK 73939-0097

PLEASE REMIT PAYMENT TO:

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

---

DETACH THIS PORTION AND RETURN WITH PAYMENT

**AmerisourceBergen**
MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

MAKE CHECKS PAYABLE TO:
MWI

| STATEMENT DATE | CUSTOMER NO. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/25/21 | 303600 | | | | | | | |
| INVOICE NO | DESCRIPTION | INV. DATE | DUE DATE | TRANS AMT. | CHECK NO. | DATE PAID | AMOUNT PAID | UNPAID INV BAL |
| 29371105 | Sales Invoice | 12/08/20 | 2/10/21 | 2,225.26 | 31964737 | 4/02/21 | -2,225.26 | |
| | | | | | 116495 | 10/20/21 | 2,225.26 | 2,225.26 |
| 29437751 | Sales Invoice | 12/10/20 | 2/10/21 | 5,761.93 | 31964737 | 4/02/21 | -462.19 | |
| | | | | | 116495 | 10/20/21 | 462.19 | 5,761.93 |
| 29439031 | Sales Invoice | 12/10/20 | 2/10/21 | 1,847.47 | | | | 1,847.47 |
| 29443414 | Sales Invoice | 12/10/20 | 2/10/21 | 137.15 | | | | 137.15 |
| 29470494 | Sales Invoice | 12/11/20 | 2/10/21 | 20,475.40 | 3729253 | 8/02/21 | -20,392.78 | 82.62 |
| 29512818 | Sales Invoice | 12/14/20 | 2/10/21 | 9,899.12 | | | | 9,899.12 |
| 29592643 | Sales Invoice | 12/17/20 | 2/10/21 | 19,818.72 | | | | 19,818.72 |
| 29595185 | Sales Invoice | 12/17/20 | 2/10/21 | 2,357.76 | | | | 2,357.76 |
| 29637998 | Sales Invoice | 12/18/20 | 2/10/21 | 4,359.74 | | | | 4,359.74 |
| 29656152 | Sales Invoice | 12/21/20 | 2/10/21 | 5,141.19 | | | | 5,141.19 |
| 29664898 | Sales Invoice | 12/21/20 | 2/10/21 | 3,321.30 | | | | 3,321.30 |
| 29705169 | Sales Invoice | 12/22/20 | 2/10/21 | 4,765.80 | | | | 4,765.80 |
| 29776246 | Sales Invoice | 12/28/20 | 3/10/21 | 105.70 | | | | 105.70 |
| 29805409 | Sales Invoice | 12/29/20 | 3/10/21 | 5,675.47 | | | | 5,675.47 |
| 29886291 | Sales Invoice | 1/04/21 | 3/10/21 | 221.92 | | | | 221.92 |
| 29895788 | Sales Invoice | 1/04/21 | 3/10/21 | 3,284.96 | | | | 3,284.96 |
| 29896377 | Sales Invoice | 1/04/21 | 3/10/21 | 14,454.63 | | | | 14,454.63 |
| 30005671 | Sales Invoice | 1/07/21 | 3/10/21 | 87.00 | | | | 87.00 |
| 30017314 | Sales Invoice | 1/08/21 | 3/10/21 | 28,674.32 | | | | 28,674.32 |
| 30017423 | Sales Invoice | 1/08/21 | 3/10/21 | 25,137.55 | | | | 25,137.55 |
| 30021641 | Sales Invoice | 1/08/21 | 3/10/21 | 13,929.81 | | | | 13,929.81 |
| 30047581 | Sales Invoice | 1/11/21 | 3/10/21 | 2,480.08 | | | | 2,480.08 |
| 30085029 | Sales Invoice | 1/12/21 | 3/10/21 | 1,154.76 | | | | 1,154.76 |
| 30144710 | Sales Invoice | 1/14/21 | 3/10/21 | 157.52 | | | | 157.52 |
| 30177385 | Sales Invoice | 1/15/21 | 3/10/21 | 2,251.74 | | | | 2,251.74 |
| 30177387 | Sales Invoice | 1/15/21 | 3/10/21 | 1,186.39 | | | | 1,186.39 |
| 30177393 | Sales Invoice | 1/15/21 | 3/10/21 | 16,646.42 | | | | 16,646.42 |
| 30205322 | Sales Invoice | 1/18/21 | 3/10/21 | 816.58 | | | | 816.58 |
| 30269024 | Sales Invoice | 1/20/21 | 3/10/21 | 4,077.06 | | | | 4,077.06 |
| 30270195 | Sales Invoice | 1/20/21 | 3/10/21 | 11,203.57 | | | | 11,203.57 |
| 30303826 | Sales Invoice | 1/21/21 | 3/10/21 | 3,317.67 | | | | 3,317.67 |
| 30324603 | Sales Invoice | 1/22/21 | 3/10/21 | 27,354.97 | | | | 27,354.97 |
| 30364809 | Sales Invoice | 1/25/21 | 3/10/21 | 7,762.26 | | | | 7,762.26 |
| 30429974 | Sales Invoice | 1/27/21 | 4/10/21 | 1,171.98 | | | | 1,171.98 |

**PLAINTIFF'S EXHIBIT 1**

Thank you, we appreciate your business! If paying an amount other than the stated amount due, please include a specific remittance to ensure accurate application of your payment. Invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate of 18%) or the maximum lawful rate of the governing states (whichever is less).

# AmerisourceBergen
## MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

**STATEMENT**

| CUSTOMER NUMBER | STATEMENT DATE |
|---|---|
| 303600 | 10/25/21 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| 571,962.15 | |

For MWI billing questions please call (800) 896-8873 x 2008

BILL TO:

DUFFY VET SERVICES NO DRP SHIP
MATTHEW D DUFFY DVM
PO BOX 97
NO DROP SHIPS
GOODWELL OK 73939-0097

PLEASE REMIT PAYMENT TO:

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

---

DETACH THIS PORTION AND RETURN WITH PAYMENT

AmerisourceBergen
MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

MAKE CHECKS PAYABLE TO:
MWI

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 10/25/21 | 303600 |

| INVOICE NO | DESCRIPTION | INV. DATE | DUE DATE | TRANS AMT. | CHECK NO. | DATE PAID | AMOUNT PAID | UNPAID INV BAL |
|---|---|---|---|---|---|---|---|---|
| 30431444 | Sales Invoice | 1/27/21 | 4/10/21 | 5,438.13 | | | | 5,438.13 |
| 30457390 | Sales Invoice | 1/28/21 | 4/10/21 | 170.92 | | | | 170.92 |
| 30457382 | Sales Invoice | 1/28/21 | 4/10/21 | 7,956.92 | | | | 7,956.92 |
| 30463308 | Sales Invoice | 1/28/21 | 4/10/21 | 20,735.26 | | | | 20,735.26 |
| 30552739 | Sales Invoice | 2/02/21 | 4/10/21 | 1,194.29 | | | | 1,194.29 |
| 30590598 | Sales Invoice | 2/03/21 | 4/10/21 | 1,291.05 | | | | 1,291.05 |
| 30590628 | Sales Invoice | 2/03/21 | 4/10/21 | 6,577.26 | | | | 6,577.26 |
| 30611274 | Sales Invoice | 2/04/21 | 4/10/21 | 1,950.34 | | | | 1,950.34 |
| 30642930 | Sales Invoice | 2/05/21 | 4/10/21 | 18,901.68 | | | | 18,901.68 |
| 30673580 | Sales Invoice | 2/08/21 | 4/10/21 | 295.92 | | | | 295.92 |
| 30719940 | Sales Invoice | 2/09/21 | 4/10/21 | 2,099.87 | | | | 2,099.87 |
| 30719946 | Sales Invoice | 2/09/21 | 4/10/21 | 1,104.00 | | | | 1,104.00 |
| 30719954 | Sales Invoice | 2/09/21 | 4/10/21 | 2,126.69 | | | | 2,126.69 |
| 30770238 | Sales Invoice | 2/11/21 | 4/10/21 | 63.33 | | | | 63.33 |
| 30800738 | Sales Invoice | 2/12/21 | 4/10/21 | 944.13 | | | | 944.13 |
| 30831912 | Sales Invoice | 2/15/21 | 4/10/21 | 1,086.46 | | | | 1,086.46 |
| 30836336 | Sales Invoice | 2/15/21 | 4/10/21 | 146.09 | | | | 146.09 |
| 30849537 | Sales Invoice | 2/15/21 | 4/10/21 | 11,136.54 | | | | 11,136.54 |
| 30853312 | Sales Invoice | 2/16/21 | 4/10/21 | 250.44 | | | | 250.44 |
| 30874309 | Sales Invoice | 2/16/21 | 4/10/21 | 2,854.56 | | | | 2,854.56 |
| 30888851 | Sales Invoice | 2/17/21 | 4/10/21 | 14,213.10 | | | | 14,213.10 |
| 30890617 | Sales Invoice | 2/17/21 | 4/10/21 | 1,025.04 | | | | 1,025.04 |
| 31040872 | Credit Invoice | 2/24/21 | 4/10/21 | -225.00 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -225.00 |
| 31049694 | Sales Invoice | 2/24/21 | 4/10/21 | 1,030.49 | | | | 1,030.49 |
| 31049698 | Sales Invoice | 2/24/21 | 4/10/21 | 325.74 | | | | 325.74 |
| 31049703 | Sales Invoice | 2/24/21 | 4/10/21 | 14,630.77 | | | | 14,630.77 |
| 31051352 | Sales Invoice | 2/24/21 | 4/10/21 | 3,073.18 | | | | 3,073.18 |
| 31085338 | Sales Invoice | 2/25/21 | 4/10/21 | 4,893.94 | | | | 4,893.94 |
| 31097030 | Sales Invoice | 2/25/21 | 4/10/21 | 25.36 | | | | 25.36 |
| 31159366 | Sales Invoice | 3/01/21 | 5/10/21 | 152.40 | | | | 152.40 |
| 31162121 | Sales Invoice | 3/01/21 | 5/10/21 | 80.80 | | | | 80.80 |
| 31174245 | Sales Invoice | 3/01/21 | 5/10/21 | 4,183.81 | | | | 4,183.81 |
| 31174247 | Sales Invoice | 3/01/21 | 5/10/21 | 594.38 | | | | 594.38 |
| 31174252 | Sales Invoice | 3/01/21 | 5/10/21 | 3,779.17 | | | | 3,779.17 |
| 31243749 | Sales Invoice | 3/03/21 | 5/10/21 | 1,000.17 | | | | 1,000.17 |

Thank you, we appreciate your business! If paying an amount other than the stated amount due, please include a specific remittance to ensure accurate application of your payment. Invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate of 18%) or the maximum lawful rate of the governing states (whichever is less).

# AmerisourceBergen
## MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

# STATEMENT

| CUSTOMER NUMBER | STATEMENT DATE |
|---|---|
| 303600 | 10/25/21 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| 571,962.15 | |

For MWI billing questions please call (800) 896-8873 x 2008

BILL TO:

DUFFY VET SERVICES NO DRP SHIP
MATTHEW D DUFFY DVM
PO BOX 97
NO DROP SHIPS
GOODWELL OK 73939-0097

PLEASE REMIT PAYMENT TO:

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

---

DETACH THIS PORTION AND RETURN WITH PAYMENT

**AmerisourceBergen** — MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

MAKE CHECKS PAYABLE TO:
**MWI**

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 10/25/21 | 303600 |

| INVOICE NO | DESCRIPTION | INV. DATE | DUE DATE | TRANS AMT. | CHECK NO. | DATE PAID | AMOUNT PAID | UNPAID INV BAL |
|---|---|---|---|---|---|---|---|---|
| 31250184 | Sales Invoice | 3/03/21 | 5/10/21 | 126.16 | | | | 126.16 |
| 31268315 | Sales Invoice | 3/04/21 | 5/10/21 | 1,610.50 | | | | 1,610.50 |
| 31285960 | Sales Invoice | 3/04/21 | 5/10/21 | 594.38 | | | | 594.38 |
| 31297349 | Credit Invoice | 3/05/21 | 5/10/21 | -594.38 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -594.38 |
| 31300861 | Sales Invoice | 3/05/21 | 5/10/21 | 11,973.81 | | | | 11,973.81 |
| 31342058 | Sales Invoice | 3/08/21 | 5/10/21 | 5,631.74 | | | | 5,631.74 |
| 31366750 | Sales Invoice | 3/09/21 | 5/10/21 | 2,835.05 | | | | 2,835.05 |
| 31434030 | Sales Invoice | 3/11/21 | 5/10/21 | 2,948.49 | | | | 2,948.49 |
| 31447952 | Sales Invoice | 3/11/21 | 5/10/21 | 17,602.62 | | | | 17,602.62 |
| 31639016 | Sales Invoice | 3/19/21 | 5/10/21 | 698.12 | | | | 698.12 |
| 31660703 | Sales Invoice | 3/22/21 | 5/10/21 | 3,669.63 | | | | 3,669.63 |
| 31674798 | Sales Invoice | 3/22/21 | 5/10/21 | 529.80 | | | | 529.80 |
| 31704170 | Sales Invoice | 3/23/21 | 5/10/21 | 1,275.60 | | | | 1,275.60 |
| 31704172 | Sales Invoice | 3/23/21 | 5/10/21 | 118.30 | | | | 118.30 |
| 31739406 | Sales Invoice | 3/24/21 | 5/10/21 | 294.96 | | | | 294.96 |
| 31751733 | Sales Invoice | 3/24/21 | 5/10/21 | 8,384.45 | | | | 8,384.45 |
| 31752079 | Sales Invoice | 3/24/21 | 5/10/21 | 22,273.08 | | | | 22,273.08 |
| 31763327 | Sales Invoice | 3/25/21 | 5/10/21 | 1,552.44 | | | | 1,552.44 |
| 31796037 | Sales Invoice | 3/26/21 | 6/10/21 | 8,518.08 | | | | 8,518.08 |
| 31796486 | Sales Invoice | 3/26/21 | 6/10/21 | 240.15 | | | | 240.15 |
| 31927595 | Sales Invoice | 4/01/21 | 6/10/21 | 11,427.23 | | | | 11,427.23 |
| 31964737 | Credit Invoice | 4/02/21 | 6/10/21 | -868.32 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -868.32 |
| 31966400 | Sales Invoice | 4/02/21 | 6/10/21 | 1,654.56 | | | | 1,654.56 |
| 31992905 | Credit Invoice | 4/05/21 | 6/10/21 | -649.75 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -649.75 |
| 31995908 | Sales Invoice | 4/05/21 | 6/10/21 | 4,483.35 | | | | 4,483.35 |
| 32087290 | Sales Invoice | 4/08/21 | 6/10/21 | 901.78 | | | | 901.78 |
| 32121254 | Sales Invoice | 4/09/21 | 6/10/21 | 200.76 | | | | 200.76 |
| 32143525 | Sales Invoice | 4/12/21 | 6/10/21 | 1,779.99 | | | | 1,779.99 |
| 32143559 | Credit Invoice | 4/12/21 | 6/10/21 | -175.00 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -175.00 |
| 32143568 | Credit Invoice | 4/12/21 | 6/10/21 | -175.00 | #MWI31964737 | 4/02/21 | | |
| | | | | | #MWI- 116495 | 10/20/21 | | -175.00 |
| 32150159 | Sales Invoice | 4/12/21 | 6/10/21 | 2,155.70 | | | | 2,155.70 |

Thank you, we appreciate your business! If paying an amount other than the stated amount due, please include a specific remittance to ensure accurate application of your payment. Invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate of 18%) or the maximum lawful rate of the governing states (whichever is less).

# AmerisourceBergen
## MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

# STATEMENT

| CUSTOMER NUMBER | STATEMENT DATE |
|---|---|
| 303600 | 10/25/21 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| 571,962.15 | |

For MWI billing questions please call (800) 896-8873 x 2008

BILL TO:

DUFFY VET SERVICES NO DRP SHIP
MATTHEW D DUFFY DVM
PO BOX 97
NO DROP SHIPS
GOODWELL OK 73939-0097

PLEASE REMIT PAYMENT TO:

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

---- DETACH THIS PORTION AND RETURN WITH PAYMENT ----

**AmerisourceBergen**
MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

MAKE CHECKS PAYABLE TO:
MWI

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 10/25/21 | 303600 |

| INVOICE NO | DESCRIPTION | INV. DATE | DUE DATE | TRANS AMT. | CHECK NO. | DATE PAID | AMOUNT PAID | UNPAID INV BAL |
|---|---|---|---|---|---|---|---|---|
| 32156907 | Sales Invoice | 4/12/21 | 6/10/21 | 2,390.17 | | | | 2,390.17 |
| 32235202 | Sales Invoice | 4/14/21 | 6/10/21 | 18.40 | | | | 18.40 |
| 32250765 | Sales Invoice | 4/15/21 | 6/10/21 | 1,554.89 | | | | 1,554.89 |
| 32306561 | Sales Invoice | 4/19/21 | 6/10/21 | 463.62 | | | | 463.62 |
| 32307002 | Sales Invoice | 4/19/21 | 6/10/21 | 4,334.09 | | | | 4,334.09 |
| 32314578 | Sales Invoice | 4/19/21 | 6/10/21 | 99.48 | | | | 99.48 |
| 32473003 | Sales Invoice | 4/26/21 | 7/10/21 | 2,413.16 | | | | 2,413.16 |
| 32485355 | Sales Invoice | 4/26/21 | 7/10/21 | 2,709.54 | | | | 2,709.54 |
| 32714957 | Sales Invoice | 5/05/21 | 7/10/21 | 6,384.88 | | | | 6,384.88 |
| 32734880 | Sales Invoice | 5/06/21 | 7/10/21 | 831.81 | | | | 831.81 |
| 32744100 | Sales Invoice | 5/06/21 | 7/10/21 | 985.95 | | | | 985.95 |
| 32797308 | Sales Invoice | 5/10/21 | 7/10/21 | 468.43 | | | | 468.43 |
| 32808439 | Sales Invoice | 5/10/21 | 7/10/21 | 4,494.31 | | | | 4,494.31 |
| 32973178 | Sales Invoice | 5/17/21 | 7/10/21 | 4,816.89 | | | | 4,816.89 |
| 32973199 | Sales Invoice | 5/17/21 | 7/10/21 | 4,968.14 | | | | 4,968.14 |
| 33047537 | Sales Invoice | 5/19/21 | 7/10/21 | 352.25 | | | | 352.25 |
| 33123645 | Sales Invoice | 5/24/21 | 7/10/21 | 968.54 | | | | 968.54 |
| 33133926 | Sales Invoice | 5/24/21 | 7/10/21 | 2,899.89 | | | | 2,899.89 |
| 33224907 | Sales Invoice | 5/27/21 | 8/10/21 | 244.21 | | | | 244.21 |
| 33224964 | Sales Invoice | 5/27/21 | 8/10/21 | 1,209.21 | | | | 1,209.21 |
| 33422133 | Sales Invoice | 6/07/21 | 8/10/21 | 2,754.99 | | | | 2,754.99 |
| 33430466 | Sales Invoice | 6/07/21 | 8/10/21 | 159.74 | | | | 159.74 |
| 33591059 | Sales Invoice | 6/14/21 | 8/10/21 | 754.20 | | | | 754.20 |
| 33593557 | Sales Invoice | 6/14/21 | 8/10/21 | 5,299.58 | | | | 5,299.58 |
| 33593584 | Sales Invoice | 6/14/21 | 8/10/21 | 3,368.35 | | | | 3,368.35 |
| 33597334 | Sales Invoice | 6/14/21 | 8/10/21 | 59.20 | | | | 59.20 |
| 33624077 | Sales Invoice | 6/15/21 | 8/10/21 | 18.40 | | | | 18.40 |
| 33681309 | Sales Invoice | 6/17/21 | 8/10/21 | 399.60 | | | | 399.60 |
| 33684337 | Sales Invoice | 6/17/21 | 8/10/21 | 3,028.20 | | | | 3,028.20 |
| 33742345 | Sales Invoice | 6/21/21 | 8/10/21 | 1,144.32 | | | | 1,144.32 |
| 33742346 | Sales Invoice | 6/21/21 | 8/10/21 | 1,966.68 | | | | 1,966.68 |
| 33755150 | Sales Invoice | 6/21/21 | 8/10/21 | 1,113.02 | | | | 1,113.02 |
| 33845449 | Sales Invoice | 6/24/21 | 8/10/21 | 2,930.89 | | | | 2,930.89 |
| 33908932 | Sales Invoice | 6/28/21 | 9/10/21 | 3,168.91 | | | | 3,168.91 |
| 33909226 | Sales Invoice | 6/28/21 | 9/10/21 | 6,204.41 | | | | 6,204.41 |
| 33968749 | Sales Invoice | 6/30/21 | 9/10/21 | 51.38 | | | | 51.38 |

Thank you, we appreciate your business! If paying an amount other than the stated amount due, please include a specific remittance to ensure accurate application of your payment. Invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate of 18%) or the maximum lawful rate of the governing states (whichever is less).

# AmerisourceBergen
## MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

## STATEMENT

| CUSTOMER NUMBER | STATEMENT DATE |
|---|---|
| 303600 | 10/25/21 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| 571,962.15 | |

For MWI billing questions please call (800) 896-8873 x 2008

BILL TO:

DUFFY VET SERVICES NO DRP SHIP
MATTHEW D DUFFY DVM
PO BOX 97
NO DROP SHIPS
GOODWELL OK 73939-0097

PLEASE REMIT PAYMENT TO:

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

---

DETACH THIS PORTION AND RETURN WITH PAYMENT

**AmerisourceBergen**
MWI Animal Health

MWI ANIMAL HEALTH
PO BOX 840537
DALLAS TX 75284-0537

MAKE CHECKS PAYABLE TO:
MWI

| STATEMENT DATE | CUSTOMER NO. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/25/21 | 303600 | | | | | | | |
| INVOICE NO | DESCRIPTION | INV. DATE | DUE DATE | TRANS AMT. | CHECK NO. | DATE PAID | AMOUNT PAID | UNPAID INV BAL |
| 34141974 | Sales Invoice | 7/08/21 | 9/10/21 | 5,807.40 | | | | 5,807.40 |
| 34207243 | Sales Invoice | 7/12/21 | 9/10/21 | 79.55 | | | | 79.55 |
| 34211641 | Sales Invoice | 7/12/21 | 9/10/21 | 6,974.06 | | | | 6,974.06 |
| 34236383 | Sales Invoice | 7/13/21 | 9/10/21 | 3,476.48 | | | | 3,476.48 |
| 34467673 | Sales Invoice | 7/22/21 | 9/10/21 | 65.28 | | | | 65.28 |
| 34573035 | Sales Invoice | 7/27/21 | 10/10/21 | 404.40 | | | | 404.40 |
| 34600420 | Sales Invoice | 7/28/21 | 10/10/21 | 1,329.32 | | | | 1,329.32 |
| 35633690 | Sales Invoice | 9/15/21 | 11/10/21 | 1,800.00 | | | | 1,800.00 |
| 36324127 | Credit Invoice | 10/18/21 | 12/10/21 | -200.28 | | | | -200.28 |
| 36454900 | Sales Invoice | 10/22/21 | 12/10/21 | 260.00 | | | | 260.00 |
| 36455016 | Sales Invoice | 10/22/21 | 12/10/21 | 500.00 | | | | 500.00 |

MWI Terms of Sale: https://www.mwiah.com/terms-of-sale
Use our website to pay via E-Check, you control the posting! Contact Ecommerce@mwiah.com
Get your statement via email: http://www.mwianimalhealth.com/paperless.aspx
Credit cards are not eligible for payment of extended-term invoices
Send all NON-PAYMENT correspondence to PO BOX 5717 Boise, ID 83705

| CUSTOMER NO | DELAYED 90 + DAYS | DELAYED 60 DAYS | DELAYED 30 DAYS | TOTAL OWED |
|---|---|---|---|---|
| 303600 | | | 559.72 | 572,521.87 |
| 90 + DAYS PAST DUE | 60 DAYS PAST DUE | 30 DAYS PAST DUE | CURRENT | AMOUNT DUE |
| 542,600.96 | 25,827.47 | 1,733.72 | 1,800.00 | 571,962.15 |

Thank you, we appreciate your business! If paying an amount other than the stated amount due, please include a specific remittance to ensure accurate application of your payment. Invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate of 18%) or the maximum lawful rate of the governing states (whichever is less).